AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>HIPOLITO MARTINEZ-MARTINEZ<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 4:17mj68 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 20, 2017__ in the county of __Effingham__ in the __Southern__ District of __Georgia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(5) | Possession of a Firearm by a Person Illegally or Unlawfully in the United States |

This criminal complaint is based on these facts:

On or about August 20, 2017, in Effingham County, within the Southern District of Georgia, Defendant Hipolito Martinez-Martinez, then being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting commerce, a firearm, that is, a Mossberg 12 gauge shotgun, said firearm having been shipped and transported in interstate commerce, in violation of 18 USC 922(g)(5).

☐ Continued on the attached sheet.

_____
*Complainant's signature*

HSI Special Agent Anthony Miranda
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/21/17

_____
*Judge's signature*

City and state: Augusta, Georgia

Honorable Brian K. Epps, U.S. Magistrate Judge
*Printed name and title*